# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Anthony A. Sharp

                **V.**                          **JUDGMENT IN A CIVIL CASE**

John Duffy

                              **CASE NUMBER:**    07cv0161-LAB(LSP)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court denies plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and dismisses the case without prejudice for failure to pay the full $350 civil filing fee required by 28 U.S.C. § 1914(a)............................................................................................................................

| March 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                         s/K. Johnson
                                                        (By) Deputy Clerk

                                                        ENTERED ON March 5, 2007